*Leon Lauterstein, Milton Winn* and *Emanuel Dankowitz* for National Retail Dry Goods Association, *amicus curiæ.*

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

C. WOODFORD DEMING, Appellant, *v.* PHILIP S. HILL et al., Respondents, Impleaded with Another.

(Argued June 7, 1929; decided July 11, 1929.)

*Andrew S. Derby* for appellant.
*Edwin N. Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.